IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES P. WILSON and JACQUELYN H. WILSON, | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 14-4724 |
| SYNTHES USA PRODUCTS, LLC, SYNTHES SPINE COMPANY, LP, SYNTHES SPINE, INC., SYNTHES USA HQ, INC., and SYNTHES NORTH AMERICA, INC., | |
| Defendants. | |

## ORDER

**AND NOW**, this 15th day of July, 2015, upon review of Defendants' Motion to Dismiss (Docket No. 3), Plaintiffs' Response thereto, Defendants' Reply and both parties' Notices of Supplemental Authority, and after a thorough review of the pleadings, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED** in part and **DENIED** in part;

2. Defendants' Motion to Dismiss is **GRANTED** as to the strict liability and negligent marketing claims set forth in Plaintiffs' Complaint, and these claims are stricken from the Complaint;

3. Defendants' Motion to Dismiss is **DENIED** as to the manufacturing defect, negligent design, failure to warn and negligence *per se* claims.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**